**CT Corporation**

**Service of Process Transmittal**
09/28/2017
CT Log Number 532013830

| | |
|---|---|
| TO: | Ben Hubble<br>The Wendy's Company<br>4288 W Dublin Granville Rd<br>Dublin, OH 43017-1442 |
| RE: | **Process Served in Louisiana** |
| FOR: | Wendy's International, LLC (Domestic State: OH) |

*Handwritten notes:*
Fran
Store # 9492 - 8962
DOL: 4/14/17
DOS: 9/28/17
Ans Due: 10/13/17

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | ERIN M. MARINE *(handwritten)*<br>Cameron Landry, Pltf. vs. WENDY'S INTERNATIONAL LLC, et al., Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition |
| COURT/AGENCY: | 24th Judicial District Court, Parish of Jefferson, LA<br>Case # 775745 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - April, 14, 2017 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/28/2017 at 09:00 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after service |
| ATTORNEY(S) / SENDER(S): | Cameron Landry<br>Law Office of Cameron Landry<br>405 South Broad Street<br>New Orleans, LA 70119<br>(985)856-3669 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 09/29/2017, Expected Purge Date: 10/04/2017<br><br>Image SOP<br><br>Email Notification, Ben Hubble ben.hubble@wendys.com<br><br>Email Notification, Martha Shannon martha.shannon@wendys.com<br><br>Email Notification, Linda Fawcett linda.fawcett@wendys.com |
| SIGNED:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>954-473-5503 |

Page 1 of 1 / PB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. [Recipient is] responsible for interpreting said documents [and taking] appropriate action. Signatures on certifie[d mail receipts] confirm receipt of package only, not cont[ents].

EXHIBIT A

  

(101) CITATION: ; PETITION FOR DAMAGES    170913-4877-5

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

ERIN M MARINE
 versus
WENDYS INTERNATIONAL LLC, MANAGER OF THE
WENDYS, EMPLOYEE OF WENDYS, OWNER OF
WENDYS STORE NUMBER 6962

Case: 775-745  Div: "C"
P 1 ERIN M. MARINE

To: WENDYS INTERNATIONAL LLC
THROUGH C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE LA 70816

CK# 1747 $29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney CAMERON N. EHSANI-LANDRY and was issued by the Clerk of Court on the 13th day of September, 2017.

/s/ Dolores G Frickey
Dolores G Frickey, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: ; PETITION FOR DAMAGES    170913-4877-5

Received:_____ Served:_____ Returned:_____

Service was made:
 ___ Personal     ___ Domiciliary _____

Unable to serve:
 ___ Not at this address    ___ Numerous attempts _____ times
 ___ Vacant                  ___ Received too late to serve
 ___ Moved                   ___ No longer works at this address
 ___ No such address         ___ Need apartment / building number
 ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ # _____
            Deputy Sheriff
Parish of: _____

Page 1 of 1

FILED FOR RECORD 09/08/2017 14:15:18
Shelley M. Hauterer, DY CLERK
JEFFERSON PARISH, LA

24th JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO. 775-745

DIVISION: C

**ERIN M. MARINE**

**VERSUS**

**WENDY'S INTERNATIONAL LLC ET AL.**

FILED:_____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW COMES, Erin M. Marine, through undersigned counsel, who with respect represents that:

1.

Made plaintiff herein Erin M. Marine, is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana.

2.

Made defendant herein Wendy's International LLC, is a limited liability company registered to do business in the state of Louisiana, hereinafter referred to as Wendy's.

3.

Made Defendant number two herein is the manager of the Wendy's located at 1115 Stumpf Blvd, Gretna, La 70053, citizen of the Parish of Jefferson of the full age of majority whose name will be identified at a later time.

4.

Made Defendant number three herein is the Employee of Wendy's located at 1115 Stumpf Blvd, Gretna, La 70053, citizen of the Parish of Jefferson of the full age of majority whose name will be identified through discovery at a later time.

5.

Made defendant number four herein the owner of Wendy's store #8962 whose name will be identified through discovery at a later time.

**6.**

Venue is proper in the Parish of Jefferson pursuant to Louisiana Code of Civil Procedure Article 74 because the actions of the defendant for this cause of action occurred in the Parish of Jefferson, the damages from those actions occurred in the Parish of Jefferson and one or more defendants are located in the Parish of Jefferson.

**7.**

Federal jurisdiction is not applicable because diversity of citizenship is not met and there is no Federal Question jurisdiction.

**8.**

### FACTUAL ALLEGATIONS

On April, 14, 2017, Ms. Erin M. Marine, Hereinafter Ms. Marine, was a customer at Wendy's International LLC store # 8962 located at 1115 Stumpf Blvd, Gretna, La 70053.

**9.**

At approximately 12:45PM Ms. Marine ordered some food and while going to get condiments at the self-service beverage stand Ms. Marine slipped on an unmarked slippery substance that can be identified as a liquid of some type and soap mixture.

**10.**

Ms. Marine fell injuring her right hand, right knee, right elbow, buttocks, neck, back, right shoulder and right chest area. These areas are presently hurting and cause pain. At this time the MRI findings reveal that there is a bulging disc in her back, a herniated disc in her neck and a Menisci radial tear on the right knee requiring surgery. Ms. Marine has never been seriously injured in these locations prior to this accident.

**11.**

2

Additionally Ms. Marine has been depressed from her loss of enjoyment of life due to her now limited mobility and severe pain and suffering.

12.

Ms. Marine has medical bills and lost wages both future and past that must be compensated for.

13.

The area where the slippery substance was located was behind a waiting counter/dividing wall and was not viewable from the ordering counter where Ms. Marine purchased her food because of the wall/partition.

14.

It is reasonably foreseeable that a customer might walk past this counter into the area that is slippery and not see the warning sign after paying for their food. A warning sign must be visible in order to be effective.

15.

Wendy's should have used two signs one on each side of the dividing wall/ mopped area warning customers of the presence of a slippery condition or the dividing wall should be removed in favor of a glass or see through wall. This is a condition of Wendy's that was known or should have been known by the Defendant's.

16.

Additionally or alternatively, Wendy's should have provided manuals for proper clean up procedures.

17.

-Additionally Wendy's should remove the wall as it is a hazard to customers. The owner should have removed the wall because it presents and unsafe condition.

3

The manager should have ensured that the employees followed proper clean up procedures and placed Caution signs in areas that were visible to all customers and not in locations that could not be viewed when approaching the hazardous area.

18.

Due to the negligence of Wendys Ms. Marine was injured.

19.

The entire event is on video recording and Ms. Marine attempted to fill out an incident report but was denied. She was given the managers phone number but no incident report was offered to her for her claim.

20.

Wendy's should have preserved evidence of the videotape, because Ms. Marine contacted the Wendy's General Manager stating the nature of her injury.

21.

The plaintiff is entitled to a presumption that the video tape would have shown the negligence of Wendy's had they preserved it.

22.

WHEREFORE, the petitioners pray that this petition be deemed good and sufficient and that after due proceeding are had herein, that there be judgment in favor of your petitioner, Erin Marine, and against Defendants Wendy's Et Al, in the full and true sum reasonable in the premises, together with legal interest thereon from date of judicial demand, all costs of these proceedings, for general and equitable relief and all other relief to which plaintiff is entitled.

Respectfully submitted,

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

CAMERON N. E. LANDRY
(LSBA No. 32541)

4

Law Office of Cameron Landry
405 South Broad Street
New Orleans, Louisiana 70119
Telephone: (985)856-3669
Fax: (504) 708-2556
Attorney for Plaintiff,

PLEASE SERVE:

WENDYS INTERNATIONAL LLC

AT

C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

6