UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIN M. MARINE** | * | |
|     Plaintiff | * | |
| | * | **CASE NO. 17-10746** |
| **VERSUS** | * | |
| | * | **JUDGE MORGAN** |
| | * | |
| **WENDY'S INTERNATIONAL LLC ET AL** | * | |
|     Defendant | * | **MAGISTRATE JUDGE NORTH** |
| | * | |
| | * | |
| | * | **A JURY IS DEMANDED** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, Haza Foods of Louisiana, LLC ("Haza") and Wendy's International LLC ("Wendy's") (Collectively, "Defendants"), who, pursuant to F.R.C.P. 56, respectfully moves this Honorable Court for summary judgment in its favor for the reasons set forth in the accompanying memorandum in support. Haza and Wendy's, submit that there exists no genuine issues of material fact and it is entitled to judgment as a matter of law, dismissing plaintiff's claims against it, with prejudice, at plaintiff's cost.

WHEREFORE, Defendants, Haza Foods of Louisiana, LLC and Wendy's International LLC respectfully prays this Honorable Court grant summary judgment in its favor dismissing all of plaintiff's claims against it, with prejudice, at plaintiff's cost.

                                                  Respectfully submitted,

                                                  */s/ Lindsay G. Faulkner*
                                                  **PETER J. WANEK (23353)**

**TREVOR C. DAVIES (32846)**
**KATHRYN T. TREW (34116)**
**LINDSAY G. FAULKNER (33863)**
1340 Poydras St., Ste. 1810
New Orleans, LA 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
ATTORNEYS FOR DEFENDANT
*Haza Foods of Louisiana, LLC and Wendy's International LLC*

### CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of March, 2019 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

*/s/ Lindsay G. Faulkner*
Lindsay G. Faulkner